United States Courts
Southern District of Texas
FILED

APR 0 4 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **18CR191** |
| V. | § § | CRIMINAL NO.: _____ |
| | § | |
| DONALD GORDON HAGENSICK | § § | |
| Defendant. | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT**:

### COUNT ONE

**(Unlawfully Distributing Explosives Information)**

On or about August 6, 2017, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**DONALD GORDON HAGENSICK,**

did knowingly and unlawfully teach and demonstrate to any person the making and use of an explosive, a destructive device and did distribute to any person, by any means, information pertaining to, in whole and in part, the manufacture and use of an explosive and destructive device, knowing that such person intends to use the teaching, demonstration, and information for, and in furtherance of, an activity that constitutes a Federal crime of violence, including: violations of 18 U.S.C. § 844(i) (damage and destroy, by fire and explosive, any building, vehicle, or other real or personal property used in and affecting interstate and foreign commerce).

All in violation of Title 18, United States Code, Sections 842(p)(2)(B).

1

## COUNT TWO

### (Unlawfully Distributing Explosives Information)

On or about January 9, 2018, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**DONALD GORDON HAGENSICK,**

did knowingly and unlawfully teach and demonstrate to any person the making and use of an explosive, a destructive device and did distribute to any person, by any means, information pertaining to, in whole and in part, the manufacture and use of an explosive and destructive device, knowing that such person intends to use the teaching, demonstration, and information for, and in furtherance of, an activity that constitutes a Federal crime of violence, including: violations of 18 U.S.C. § 844(i) (damage and destroy, by fire and explosive, any building, vehicle, or other real or personal property used in and affecting interstate and foreign commerce).

All in violation of Title 18, United States Code, Sections 842(p)(2)(B).

A TRUE BILL

Original signature on File

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney

2