# U.S. District Court [LIVE]
# Western District of Texas (Midland)
# CRIMINAL DOCKET FOR CASE #: 7:18−mj−00133−BDG−1

Case title: USA v. Hagensick                         Date Filed: 04/06/2018

Assigned to: Judge B. Dwight Goains

**Defendant (1)**

**Donald Gordon Hagensick**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:842P.F − Unlawfully Distributing Explosives Information | |

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/06/2018 | 1 | 3 | Arrest (Rule 5/Rule 32.1) of Donald Gordon Hagensick (ms2) (Entered: 04/09/2018) |
| 04/06/2018 | 2 | 5 | Minute Entry for proceedings held before Judge David Counts:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Donald Gordon Hagensick held on 4/6/2018 (Minute entry documents are not available electronically.) (Court Reporter Digital.) (ms2) (Entered: 04/09/2018) |
| 04/06/2018 | 3 | 6 | WAIVER − Rule 5/Rule 32.1 as to Donald Gordon Hagensick. (ms2) (Entered: 04/09/2018) |

| 04/06/2018 | 4 |   | CJA 23 Financial Affidavit by Donald Gordon Hagensick (SEALED pursuant to E−Government Act of 2002). (ms2) (Entered: 04/09/2018) |
|---|---|---|---|
| 04/06/2018 | 5 | 7 | ORDER OF REMOVAL as to Donald Gordon Hagensick. Signed by Judge David Counts. (ms2) (Entered: 04/09/2018) |

United States Courts
Southern District of Texas
FILED

APR 0 4 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
V. § CRIMINAL NO.: _____
§
§ 18 CR 191
§
DONALD GORDON HAGENSICK §
Defendant. §

MO:18-MJ-133

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

(Unlawfully Distributing Explosives Information)

On or about August 6, 2017, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**DONALD GORDON HAGENSICK,**

did knowingly and unlawfully teach and demonstrate to any person the making and use of an explosive, a destructive device and did distribute to any person, by any means, information pertaining to, in whole and in part, the manufacture and use of an explosive and destructive device, knowing that such person intends to use the teaching, demonstration, and information for, and in furtherance of, an activity that constitutes a Federal crime of violence, including: violations of 18 U.S.C. § 844(i) (damage and destroy, by fire and explosive, any building, vehicle, or other real or personal property used in and affecting interstate and foreign commerce).

All in violation of Title 18, United States Code, Sections 842(p)(2)(B).

## COUNT TWO

### (Unlawfully Distributing Explosives Information)

On or about January 9, 2018, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**DONALD GORDON HAGENSICK,**

did knowingly and unlawfully teach and demonstrate to any person the making and use of an explosive, a destructive device and did distribute to any person, by any means, information pertaining to, in whole and in part, the manufacture and use of an explosive and destructive device, knowing that such person intends to use the teaching, demonstration, and information for, and in furtherance of, an activity that constitutes a Federal crime of violence, including: violations of 18 U.S.C. § 844(i) (damage and destroy, by fire and explosive, any building, vehicle, or other real or personal property used in and affecting interstate and foreign commerce).

All in violation of Title 18, United States Code, Sections 842(p)(2)(B).

A TRUE BILL

Original signature on File

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
United States Attorney
Southern District of Texas

STEVEN T. SCHAMMEL
Assistant United States Attorney

Case 7:18-mj-00133-DC Document 2 (Court only) Filed 04/06/18 Page 1 of 1
Case 7:18-mj-00133-BDG-BDG Document 6 Filed 04/09/18 Page 5 of 7

5

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: MO:18-M-00133(1) |
| | § | Date of Hearing: April 06, 2018 |
| (1) Donald Gordon Hagensick | § | |
| *Defendant* | | |

## INITIAL APPEARANCE / RULE 5

**COURT PERSONNEL:**

| | | | |
|---|---|---|---|
| District Judge: | DAVID COUNTS | Courtroom Deputy: | Monica Ramirez |
| Interpreter | N | Time: 06 Minutes | 1:35 - 1:41 |
| Pretrial Officer: | Villalba | **Arrest Date:** | 04/06/2018 |

**PROCEEDINGS:**

- [X] Right to remain silent
- [X] Defendant sworn
- [X] Defendant informed of and received copy of charging document
- [X] Defendant informed of constitutional rights
- [X] Defendant has completed financial affidavit
- [X] Defendant informed of right to legal counsel
- [ ] Court finds defendant is financially unable to hire counsel and appoints:
- [ ] Defendant to retain counsel

**PRETRIAL RELEASE:**

- [X] Government (motion) moves for detention under § 3124 (f)
- [ ] Court SUA SPONTE "moves" for detention
- [ ] Temporary detention ordered
- [X] Next court hearing and time: TBD
- [ ] Bond set at:

**OTHER PROCEEDINGS:**

FILED

APR 06 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| United States of America | § § | WAIVER OF RULE 5 HEARINGS |
| | § | (Excluding Probation Cases) |
| vs. | § § | Case Number: MO:18-M-00133(1) |
| (1) Donald Gordon Hagensick | § § | Ref: 4:18-CR-191 |

I **(1) Donald Gordon Hagensick**, understand that in the **SDTX - HOUSTON DIVISION** charges are pending alleging violation of **- 18 USC 842 UNLAWFULLY DISTRIBUTING EXPLOSIVES INFORMATION** and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim.P., (note: Rule 20 is NOT applicable to Revocation of (a)Terms of Supervised Release, (b)Probation, (c)Parole, or (d)Bond proceedings) in order to to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) Identity Hearing

( ) Preliminary Examination

( ) Identity Hearing and I have been informed I have no right to a Preliminary Examination

( ) Identity Hearing but request a Preliminary Examination be held in the prosecuting district

and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____    X_____
Date                              Defendant

                                  _____
                                  Defense Counsel

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **United States of America** | § § § | |
| vs. | § § | Criminal No. MO:18-M-00133(1) |
| **(1) Donald Gordon Hagensick** | § | *Ref: 4:18-CR-191* |

### ORDER OF REMOVAL

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:

    **(1) Donald Gordon Hagensick**, charged in a proceeding pending in the **SOUTHERN DISTRICT OF TEXAS** **HOUSTON** DIVISION for **18 USC 842**, **UNLAWFULLY DISTRIBUTING EXPLOSIVES INFORMATION** and having been arrested in this district and having waived hearing as evidenced by waiver attached hereto.

    YOU ARE HEREBY COMMANDED to remove **(1) Donald Gordon Hagensick** forthwith to the **SOUTHERN DISTRICT OF TEXAS**, **HOUSTON** DIVISION, and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

    ORDERED at MIDLAND-ODESSA, Texas on **6th day of April, 2018**.

                                                                         DAVID COUNTS
                                                                         UNITED STATES DISTRICT JUDGE